UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ANDREA SOMMERS, *et al.*, | ) | |
| Plaintiff, | ) | 2:08-cv-0078-RCJ–RJJ |
| vs. | ) | |
| DANIEL C. CUDDY, etc., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Plaintiffs' Motion to Continue Hearing (#98).

The Court having reviewed the Motion (#98) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Continue Hearing (#98) is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Continue Hearing (#98) is GRANTED in that the **hearing in this matter is continued to August 26, 2011, at 2:00 PM and shall be conducted by telephone conference call**. The parties are directed to call into the Court's meet-me-line at (702)868-4906, conference code 123456.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Continue Hearing (#98) is DENIED as to all other requests.

DATED this   25th   day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge