UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDREA SOMMERS, *et al.*, | |
| Plaintiff, | 2:08-cv-0078-RCJ-RJJ |
| vs. | |
| DANIEL C. CUDDY, JR., etc., *et al.*, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on May 21, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __20th__ day of March, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge