# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF EDITH SELF, et al., | |
| Plaintiff(s), | Case No. 2:08-cv-0078-RCJ-NJK |
| vs. | ORDER REGARDING STAY |
| DANIEL CUDDY, JR., et al., | |
| Defendant(s). | |

On July 8, 2013, the Court held a status conference regarding the finalization of the settlement in this case. Docket No. 175. To the extent the Court was unclear, it hereby CLARIFIES that the stay is currently set to expire on July 14, 2013. The Court did not extend the stay during the status conference. If the parties wish to extend the stay beyond July 14, 2013, they must submit a request for the Court's approval. To the extent the minutes of proceedings suggest otherwise, they are hereby VACATED.

IT IS SO ORDERED.

DATED: July 9, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge